# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARLYS JEAN TACKER and JENNY GONZALEZ as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS HEALTH, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendant. | CASE NO.<br>2:13−cv−02261−BRO−JCG<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned To: The Hon. Beverly Reid O'Connell |

On January 6, 2014, the Court heard a motion by Marlys Jean Tacker and Jenny Gonzalez (collectively, "Class Representatives"). The Court has considered the Joint Stipulation of Class Action Settlement and Release ("Stipulation") and the proposed Notice of (1) Proposed Class Action Settlement and (2) Final Settlement Approval Hearing ("Class Notice") and attached exhibits, and the submissions of counsel, and hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the class action settlement memorialized in the Stipulation, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

2. The Court conditionally certifies, for settlement purposes only, the following class ("Class"):[1] All current and former hourly non-exempt employees in California, who were employed by Compass Health, Inc. from March 29, 2009 until January 1, 2014 or the date of Preliminary Approval, whichever comes later.

3. The Court finds that, for settlement purposes only, the requirements of 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) which the Court need not address for purposes of settlement.

4. This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class certification or for any other purpose, other than enforcing the terms of the Stipulation.

5. This Order, which conditionally certifies a class action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class certification or for any other purpose, other than enforcing the terms of the Settlement.

6. The Court appoints, for settlement purposes only, Marlys Jean Tacker and Jenny Gonzalez as the Class Representatives.

---

[1] All capitalized terms in this Order shall have the same definitions as those set forth in the Stipulation.

7. The Court appoints, for settlement purposes only, Hernaldo J. Baltodano of Baltodano & Baltodano LLP and Paul K. Haines of Boren, Osher & Luftman LLP as Class Counsel for the purposes of Settlement and the releases and other obligations therein.  CPT, Inc. is appointed as Claims Administrator.

8. The Stipulation, attached as Exhibit B to the Declaration of Hernaldo J. Baltodano, and the Claim Form and Class Notice, attached to the Stipulation as Exhibits 1 and 2, respectively, are approved.  The Claims Administrator is ordered to mail those documents to the Class members as provided in the Stipulation.

9. Each Class Member shall have sixty (60) days after the date on which the Claims Administrator mails the Class Notice to submit a Claim Form, mail an Opt-Out Letter or file an objection to the Settlement.

10. The Court will conduct a Final Approval Hearing on May 12, 2014 at 1:30 pm to determine the overall fairness of the settlement and to fix the amount of reasonable attorneys' fees and costs to Class Counsel and incentive payments to the Class Representatives.  The Final Approval Hearing may be continued without further notice to Class Members.  Class Counsel shall file their motion for approval of the settlement, including approval of reasonable attorneys' fees, costs, and the Class Representatives' incentive payments sought in the Settlement.

**IT IS SO ORDERED.**

Dated:  January 6, 2014  _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

3
ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT